**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA (Reno)**

|  |  |
|---|---|
| In Re: ) | |
| ) | CHAPTER 7 |
| **Yung Lo Lin** ) | |
| **Lei Hwang Lin** ) | |
| ) | Case No. 10-52965-gwz |
| **Debtors.** ) | |

**REQUEST FOR SPECIAL NOTICE**

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

        Respectfully submitted

          /s/Ronald M. Tucker
        Ronald M. Tucker, Esq., Attorney for
        Simon Property Group, Inc. and its related entities
        IN 11428-49
        (317) 263-2346
        (317) 263-7901 (FAX)
        e-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 17th day of August, 2010 via U.S. Mail prepaid, facsimile and/or ECF Noticing to the following persons:

By:      /s/Ronald M. Tucker
Ronald M. Tucker, Esq.

*U.S. Trustee*
U.S. TRUSTEE - RN - 7
300 BOOTH STREET
SUITE 2129
RENO, NV 89509

*Trustee*
JERI COPPA-KNUDSON
3495 LAKESIDE DRIVE
PMB #62
RENO, NV 89509-4841

JOHN S BARTLETT
1201 N. STEWART ST.
SUITE 130
CARSON CITY, NV 89706